SEYFARTH SHAW LLP
Holger G. Besch (SBN 193362)
E-mail: hbesch@seyfarth.com
Timothy M. Fisher (SBN 272392)
E-mail: tfisher@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Petitioner
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION<br><br>　　　　Petitioner,<br><br>　　v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL NO. 542<br><br>　　　　Respondent. | Case No. '18CV1953 BEN BLM<br><br>**PETITION TO VACATE ARBITRATION AWARD** |

Petition Costco Wholesale Corporation ("Costco") hereby alleges and complains against Respondent the International Brotherhood of Teamsters, Local No. 542 (the "Union") follows:

## INTRODUCTION

1. By this Petition and the accompanying Motion to Vacate Arbitration Award ("Motion"), incorporated herein by reference, Costco petitions the Court for an order vacating a May 21, 2018 arbitration award issued by Arbitrator David Hart on the grievance brought by the Union concerning Costco's termination of employee James Diaz ("Diaz") for Diaz's conduct in dealing cocaine to Costco employees on Costco premises. Costco brings this Petition and the accompanying Motion under Section 301of the Taft-Hartley Act, 29 U.S.C. § 185 as amended (the "LMRA"), the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 10 and 12, and the California Arbitration Act ("CAA"), California Code of Civil Procedure section 1285 *et seq*.

## PARTIES

2. Costco is a Washington corporation with its principal place of business in Issaquah, Washington. Costco operates retail/wholesale warehouses in 45 states and is engaged in interstate commerce. It has been recognized as one of the most employee-friendly companies in the United States. Costco has 38 unionized warehouses in California covered by a collective bargaining agreement between Costco and the California Teamsters, covering the period February 1, 2016 to January 31, 2019 ("CBA").

3. The Union is a labor organization under Section II of the Labor Management Relations Act, 29 U.S.C. § 152. The Union is one of six Teamsters locals that represent Costco employees covered by the CBA. The Union has an office at 4666 Mission Gorge Place, San Diego, CA 92120 and represents Costco employees at Costco's warehouse in Carlsbad, California, where Diaz was employed.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this matter pursuant to the LMRA and pursuant to 28 U.S.C. §§ 1331 and 1337. Venue is proper because the Union's duly authorized officers or agents are engaged in representing or acting for employee members within the Southern District of California, and the arbitration award at issue was made within the Southern District of California. 29 U.S.C. § 185(a), (c); 9 U.S.C § 10(a).

## TIMELINESS

5. This Petition and the accompanying Motion are timely because they were filed and served within three months and within 100 days of the arbitration award at issue. *See* 9 U.S.C. 12 (notice of motion to vacate award under FAA must be served within three months after the award is filed or delivered); Cal. Civ. Proc. Code § 1288 (petition to vacate award under CAA must be filed and served within 100 days of service of a signed copy of award); *San Diego County District Council of Carpenters of United Brotherhood of Carpenters & Joiners of America v. Cory*, 685 F.2d 1137, 1139 (9th Cir. 1982) (CAA's 100 day limitation period applies to petitions under LMRA because the LMRA does not contain a separate limitations period)

## GROUNDS FOR RELIEF

6. As set forth in further detail in the accompanying Motion, the arbitration award must be vacated on several grounds.

7. The arbitrator exceeded his authority under the CBA by imposing the concept of "double jeopardy," as against the plain language of the CBA, which contains no such concept. Consequently, the arbitration award does not "draw its essence" from the CBA.

8. The arbitrator further exceeded his authority by refusing to hear evidence concerning Diaz's criminal activity in the workplace, confining the hearing solely to the issue of double jeopardy, failing to follow the required process for issuing an award, and

1  conducting ex parte communications with the Union and Diaz, in an apparent role of self-
2  appointed mediator, making unauthorized cash settlement offers to Diaz.
3       9.    To the extent the arbitration award directs Costco to reinstate Diaz (which is
4  not clear), it directs reinstatement of a cocaine dealer to a safety sensitive position and
5  thereby violates well-established public policy.
6       10.   The award does not specify the remedy, and thus it is fatally indefinite such
7  that it cannot be enforced.

## **PRAYER**

WHEREFORE, Costco prays for judgment as follows:

1. That the May 21, 2018 arbitration award be vacated; and
2. That Costco be awarded such other and further relief as the Court may deem appropriate and proper.

DATED: August 21, 2018                Respectfully submitted,

                                      SEYFARTH SHAW LLP


                                      By:    /s/ *Holger G. Besch*
                                             Holger G. Besch
                                             Timothy M. Fisher
                                             Attorneys for Respondent
                                             COSTCO WHOLESALE